UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
3-5-15
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

GIOACCHINO CAMPO
  a/k/a Jack Campo

CASE NO.    3:15-cr-26-T-32JRK
Cts. 1-2:    18 U.S.C. § 2252(a)(2)
Ct. 3:       18 U.S.C. § 2252(a)(4)(B)
Forfeitures: 18 U.S.C. § 2253

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 24, 2014, at Palm Coast, in the Middle District of Florida,

GIOACCHINO CAMPO,
a/k/a Jack Campo,

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled "!!! [boy+man] (1gen)(stc-221v2)jbm#75 -) private1 – boy and man have sex.avi."

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TWO

On or about January 26, 2014, at Palm Coast, in the Middle District of Florida,

GIOACCHINO CAMPO,
a/k/a Jack Campo,

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled "bibcam p101 – boy bathes, fingerfucks, and has sex with man.mpg."

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE

On or about March 11, 2014, at Palm Coast, in the Middle District of Florida,

GIOACCHINO CAMPO
a/k/a "Jack Campo,"

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate and foreign commerce, that is, a Toshiba external hard disk drive, serial number 1A000CF5, the production of which visual

2

depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the following computer files, among others:

1.    2yr boy + man – 2011- cum(2).avi.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURES

1.    The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2.    Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense in violation of Title 18, United States Code, Section 2252, the defendant, GIOACCHINO CAMPO, a/k/a "Jack Campo," shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, and/or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such

offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

      3.     If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991   No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

GIOACCHINO CAMPO
a/k/a Jack Campo

### INDICTMENT

Violations:

Counts 1-2:   18 U.S.C. § 2252(a)(2)
Count   3:    18 U.S.C. § 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this  5th  day

of March, 2015.

_____
Clerk

Bail  $_____

GPO 863 525